


# CORRECTION SHEET FOR THE DEPOSITION OF
# JOSE DIAZ CERDA
### RE: JOSE DIAZ CERDA vs. CILLESSEN & SONS, INC.

| PAGE | LINES | CORRECTION/CHANGE | REASON |
|---|---|---|---|
| 18 | 1 | Correct "got me out" to "terminated me". Correct "took me out" to "terminated me." | Clarification of interpretation. |
| 20 | 18 | Correct "Leader" to "Lead" | Clarification of interpretation. |
| 20 | 21 | Correct "I wasn't" to "It wasn't my title." | Clarification. |
| 21 | 9 | Correct "Leader" to "Lead" | Clarification of interpretation. |
| 24 | 10 | Correct to "No, they did not take my keys." | Clarification. |
| 27 | 16 | Correct "boss" to "female boss." | Clarification of interpretation. |
| 28 | 6-7 | Correct "and said that I wasn't doing well and they wanted me…" to "and the female boss said I wasn't doing well and the female boss wanted me …" | Clarification of interpretation. |
| 29 | 12 | Change "Yes" to "Yes, an acquaintance." | Clarification. |
| 35 | 14-15 | Correct " Was that after she went to the – went to the first doctor?" to "That occurred after she went to the first doctor." | Clarification of interpretation. |
| 35 | 22 | Correct: "I believe that I didn't say …" to "I believe that I did say …" | Clarification. |
| 36 | 22 | Correct "I don't remember." to "I do remember" | Clarification. |
| 37 | 1 | Correct "The second they said …" to "The second I said…" | Clarification. |
| 37 | 5 | Correct "don't" to "do". | Clarification. |
| 38 | 2 | Correct "They" to "Cillessen" | Clarification. |
| 38 | 8 | Correct "they" to "Cillessen" | Clarification. |
| 39 | 12 | Correct "No" to "Yes. | Clarification. |
| 39 | 24 | Correct "The job with Cillessen and Sons was terminated." to "The job. Cillessen and Sons terminated." | Clarification of interpretation. |
| 41 | 22 | Correct "a while" to "a bit." | Clarification of interpretation. |
| 56 | 10 | Correct "leader" to "lead." | Clarification of interpretation. |

EXHIBIT B



| | | | |
|---|---|---|---|
| 57 | 11 | Correct "Yes." to "Yes, as lead." | Clarification of interpretation. |
| 58 | 11 | Correct "charge" to "lead." | Clarification of interpretation. |
| 62 | 1 | Correct "charge" to "lead." | Clarification of interpretation. |
| 62 | 7 | Correct "charge" to "lead." | Clarification of interpretation. |
| 81 | 61 | Correct "authorized" to "responsible." | Clarification of interpretation. |
| 82 | 15 | Correct "all" to "any of". | Clarification of interpretation. |
| 82 | 17 | Correct "would" to "could." | Clarification of interpretation. |
| 83 | 24-25 | Correct "No, I didn't know the --- if it was after 5, they could leave" to "No, I don't have the authorization, I don't have the ability. If it was after 5, they could leave." | Clarification of interpretation. |
| 92 | 11-12 | Correct "It was after. After they let me go, after I left" to "It was after they terminated me. After they let me go." | Clarification of interpretation. |
| 103 | 3 | Correct "Yes, my signature" to "Just my signature." | Clarification of interpretation. |
| 122 | 10 | Correct "No" to "No. I did not have the authorization." | Clarification. |

The above sections and lines of the deposition were interpreted (from English to Spanish) to me. I certify I have read my deposition and request the above changes be made.

By: _Jose Diaz_   Date: 5/22/2020

Translations/Traduccion

Las secciones anteriores y las líneas de la deposición me fueron interpretadas (del inglés al español). Certifico que he leído mi declaración y solicito que se realicen los cambios anteriores.

By: _Jose Diaz_   Fecha/Date: 5-22/2020

Page 2 of 2

EXHIBIT B