# Kevin McMaster

| | |
|---|---|
| **From:** | Kevin McMaster |
| **Sent:** | Wednesday, June 03, 2020 2:48 PM |
| **To:** | Trinidad Galdean, JD, PHR, SHRM-CP; Sharon; jeffrey@harrisonelliott.com |
| **Cc:** | Dillon, Ashley |
| **Subject:** | RE: Correction/Errata Sheet - Depo of Jose Diaz Cerda - Diaz v. Cillessen & Sons |

Mr. Galdean:

We have reviewed your changes to the deposition testimony of Mr. Diaz. It is clear that most of the changes are in violation of the rule and applicable case law. See *Cargill Meat Solutions Corporation v. Premium Beef Feeders, LLC, et al.*, Case No. 13-1168-EFM-TJJ, ECF 238; *Kid Stuff Marketing, Inc. v. Creative Consumer Concepts, Inc., et al.*; Case No. 15-2620-JWL-KGG, ECF 90. Please review the applicable rule, case law, opinions set out above, and make the changes to Mr. Diaz's corrections necessary to prevent violation of the letter, intent, and spirit of the rule and case law.

This email is notice to you of your violations of Rule 11(b) and an opportunity to correct the violations. If you fail to correct the violations it will be construed as intentional by Defendant. If you intend to correct the violations, please advise us when we can expect the corrections.

Kevin M. McMaster
McMaster & McMaster, LLC
P.O. Box 2684
Wichita, Kansas 67201-2684
(316) 263-4281
kmm@mcmasterlaw.com

---

**From:** Trinidad Galdean, JD, PHR, SHRM-CP [mailto:Trinidad@galdean.com]
**Sent:** Tuesday, May 26, 2020 11:50 AM
**To:** Sharon <sharon@harrisonelliott.com>; jeffrey@harrisonelliott.com
**Cc:** Kevin McMaster <kmm@mcmasterlaw.com>
**Subject:** Correction/Errata Sheet - Depo of Jose Diaz Cerda - Diaz v. Cillessen & Sons
**Importance:** High

Attached is the Correction/Errata Sheet related to the deposition of Jose Diaz Cerda. Please let me know if you have any questions.

Thank you.

Trinidad Galdean,* PHR, SHRM-CP

Galdean Law Firm
5025 E. Kellogg Drive, Ste. 110
PO Box 780076
Wichita, KS 67278
(316) 252-1232 Office
(316) 573-7992 Direct
Trinidad@Galdean.com

EXHIBIT C

www.Galdean.com

*Board Certified in Labor & Employment Law
Texas Board of Legal Specialization
Licensed in KS, OK, TX, NE, and IA