UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOSE DIAZ CERDA,

                        Plaintiff,

v.                                                             Case No. 19-1111-JWB

CILLESSEN & SONS, INC.,

                        Defendant.

## **ORDER**

In an order issued earlier today (ECF No. 81), the court directed plaintiff's counsel, Trinidad Galdean, to show cause in writing why he had not filed a certificate confirming payment of sanctions to defendant as required by an earlier order. Mr. Galdean has now filed the required certificate (ECF No. 82), and defense counsel has informed the court by e-mail that all required payments have been paid. Therefore, the court will require no further response to the show cause order.

Dated September 10, 2020, at Kansas City, Kansas.

                                                                    s/ James P. O'Hara

                                                               James P. O'Hara
                                                               U.S. Magistrate Judge