IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

JOSE DIAZ CERDA )
)
Plaintiff, )
v. ) Case 6:19-cv-01111-JWB-JPO
)
CILLESSEN & SONS, INC. )
)
Defendant )

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS FOR THE COURT**

Plaintiff, Jose Diaz Cerda ("Diaz"), submits the below proposed Voir Dire Questions for the Court as requested under the Court's Orders (Doc. 92 and 95). Plaintiff understands the Court will permit Plaintiff's Counsel time to Voir Dire the Jury Panel. The below proposed Voir Dire Questions are for the Court to present to the Jury Panel, separate from those the Plaintiff will inquire. Plaintiff reserves his Voir Dire Questions to present to the Jury Panel as referenced in the Court's Order (Doc. 92).

**INTRODUCTION**

Ladies and gentlemen of the jury panel, this is a civil employment wage case brought by Jose Diaz Cerda, under a federal statute known as the Fair Labor Standards Act, against his former employer, Cillessen & Sons, Inc. Plaintiff contends that Defendant failed to pay him overtime when he worked with the Defendant. Defendant claims that it was not required to pay overtime because an executive exemption from overtime applied to the Plaintiff.

**GENERAL QUESTIONS**

1. Given the nature of the allegations in this case, does anyone believe that he or she could not be a fair and impartial juror?

2. Does anyone know, or is anyone related to, the Plaintiff in this case, Jose Diaz Cerda? If so, how do you know him?

3. Does anyone know the Defendant in this case, Cillessen & Sons, Inc.? If so, how do you know the Company or the Company's name?

4. Have you or anyone you know ever worked for Cillessen & Sons, Inc.? If yes,

   (a) Do you, or does the person you know, still work there?

   (b) If not, when and how did your or that person's employment end?

   (c) Do you have any feelings about the way your or that person's employment with Cillessen & Sons, Inc. ended? If so, what are those feelings?

5. Have you or anyone you know had any business or other relationship with Cillessen & Sons, Inc.? If yes,

   (a) Please explain the nature of this business relationship with Cillessen & Sons, Inc.

   (b) Do you have any views as a result of that relationship that would affect your ability to be a fair and impartial juror?

6. Have you employed the services of Cillessen & Sons, Inc.? If yes,

   (a) Please explain when and for what purpose you employed Cillessen & Sons, Inc. services.

   (b) Do you have any views about your experience with Cillessen & Sons, Inc. that would affect your ability to be a fair and impartial juror?

7. Have you ever read anything in the newspaper or seen anything on television, including advertisements, or on the Internet regarding Cillessen & Sons, Inc. that might affect your ability to be a fair and impartial juror?

8. Plaintiff is represented by Trinidad Galdean from the law firm, Galdean LLC. Does anyone know Trinidad Galdean? Has anyone heard of the law firm Galdean LLC or know anyone else that works at this firm?

9. Defendant is represented by Kevin McMaster from the law firm McMaster & McMaster LLC. Does anyone know Kevin McMaster? Has anyone heard of the law firm McMaster & McMaster LLC or know anyone else that works at this firm?

10. Have any of you read anything in the newspapers, on the Internet, or seen anything on television about this case?

11. Do any of you have any knowledge of the facts or events in, or have any interest in the outcome of the case?

12. Do any of you or any of your respective spouses, family or close friends work at a Cillessen & Sons, Inc. company or in the road construction industry? If yes,

    (a) Who?

    (b) Which road construction company do you/your spouse/family/close friend work for?

    (c) Would this relationship with this company in road construction affect your ability to act as a fair and impartial juror in this case?

13. Have you, any member of your family, or any close friend ever studied or practiced law or worked in a law office or for an attorney? If so,

    (a) What can you tell us about your or that person's practice of law?

    (b) Would this affect your ability to follow the instructions as to the law and to act as a fair and impartial juror in this case and render an impartial verdict based solely upon the instructions with which you will be provided and the evidence you will hear during the trial?

14. The following is a list of potential witnesses: [witnesses from witness list]. Does anyone know any of these individuals? If yes,

(a) Which potential witness(es) do you know?

(b) How do you know this person?

(c) Will this affect your ability to be a fair and impartial juror?

15. Are you currently, or have you ever been, a member of a labor union as part of any job that you have held? If yes,

(a) What union?

(b) How long have you been a member of that labor union?

16. Have you ever filed a complaint with the Department of Labor, or a similar state agency, related to your employment? If yes,

(a) What was the basis for your Department of Labor complaint?

(b) What was the result of your Department of Labor complaint?

17. Have you, or any of your friends or family members, ever been in involved in any kind of lawsuit? If yes,

(a) What kind of lawsuit?

(b) What types of claims were involved?

(c) Please explain what you know about the lawsuit.

(d) Was there a trial?

(e) Were you, or your friend or family member, deposed in that case?

(f) Was that case resolved to your, or your friend’s or family member’s, satisfaction?

(g) Did the court award damages for pain and suffering in that case?

(h) Did the court award punitive damages against the defendant?

(i) Would that lawsuit affect your ability to act as a fair and impartial juror in this case?

18. Have you ever served on a jury before? If yes,

    (a) When?

    (b) What court?

    (c) What type of case?

    (d) Did you deliberate?

    (e) Did you reach a verdict?

    (f) Did you award damages in the case?

    (g) Would that experience affect your ability to act as a fair and impartial juror in this case?

19. Is there anything in your background or beliefs that you think either side in this lawsuit would like to know in deciding whether you should serve as a juror in this case?

20. Do you know of any reason why you might favor one side or the other in this lawsuit?

**WHEREFORE,** Plaintiff request that Court Grant these Proposed Voir Dire Questions for the Court to ask the Jury Panel.

Respectfully submitted,

By: /s/Trinidad Galdean .

Trinidad Galdean #22973
GALDEAN, LLC
PO Box 780076
Wichita, KS 67278
(316) 252-1232 Phone
trinidad@galdean.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2021, I electronically filed the foregoing Plaintiff's Proposed Voir Dire Questions for the Court with the Clerk of the Court using the CM/ECF system and e-mailed the document to Defendants at the following:

Kevin M. McMaster
McMaster & McMaster LLC
PO Box 2684
Wichita, KS 67201-2684
kmm@mcmasterlaw.com

Ashley E. Dillon, KS #26292
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
ashley.dillon@stinson.com

By: /s/Trinidad Galdean .
Trinidad Galdean #22973
GALDEAN, LLC
PO Box 780076
Wichita, KS 67278
(316) 252-1232 Phone
trinidad@galdean.com

*Attorney for Plaintiff*